Kenneth J. Dyer II (2:13cr31-1)



**NORTH CAROLINA WESTERN
MEMORANDUM**

**To:** The Honorable Martin Reidinger
U.S. District Court Judge

**From:** Jonathan Mason
United States Probation Officer

**Date:** July 24, 2017

**Re:** Kenneth J. Dyer II
0419 2:13CR31-1
International Travel Request

---

On 4/16/2008, Kenneth J. Dyer II was convicted of Aiding and Abetting Possession with Intent to Distribute Five Grams or more of Methamphetamine in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. The Honorable Leon Jordan in the Eastern District of Tennessee sentenced Mr. Dyer to 80 months imprisonment followed by eight years supervised release. Mr. Dyer began supervised release on 10/4/2012 and a transfer of jurisdiction was completed to the Western District of North Carolina effective 8/9/2013.

Mr. Dyer has requested permission to travel with his family on a cruise to The Bahamas. Mr. Dyer reported they would be traveling by vehicle to the port in Charleston, SC and cruising directly from there to The Bahamas, spending 2 days in The Bahamas, and immediately returning. Mr. Dyer advises that he does not need a passport for this travel, which is operated by Carnival Cruise Lines. The cruise would depart on October 24, 2017 and return October 29, 2017.

Mr. Dyer's overall adjustment to supervision has been very positive. His only issue of non-compliance involved travel outside of the District without authorization and an arrest for Assault on a Female (2 counts) in early 2014. Both counts were later dismissed in state court. This conduct was reported by a 12B (Request for Modifying the Conditions or Term of Supervision with Consent of the Offender) and the defendant served a 10 day period of confinement as a result. Since 2014, the defendant has complied with the terms and conditions of his supervised release, has maintained employment and sobriety, and has made a very good transition back to the community. As such, the Probation Office does not object to Mr. Dyer's request to travel.

Thank you for your time and attention to this matter. Should Your Honor have any questions, please do not hesitate to contact me at 828-771-7342.

Kenneth J. Dyer II (2:13cr31-1)

THE COURT ORDERS:

X  Permission to Travel Approved

☐ Permission to Travel Denied

☐ Other

Signed: July 31, 2017

Martin Reidinger
United States District Judge